UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 10-10404-RGS

UNITED STATES OF AMERICA,

v.

TRAVIS DUTRA

ORDER ON DEFENDANT'S MOTION TO UNDERGO IMMEDIATE
MEDICAL EVALUATION AT THE BUREAU OF PRISON'S FEDERAL
MEDICAL CENTER

November 23, 2011

STEARNS, D.J.

The Court orders that defendant, Travis Dutra, undergo immediate medical evaluation at the Bureau of Prison's Federal Medical Center, Devens, to determine defendant's medical needs.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE